Kami M. Hoskins (026271)
Kira N. Barrett (029778)
**GORDON REES SCULLY MANSUKHANI, LLP**
Two North Central Ave., Ste. 2200
Phoenix, AZ 85004
Telephone: (602) 794-2468
Facsimile: (602) 265-4716
khoskins@grsm.com
knbarrett@grsm.com
*Attorneys for Defendants The Federal Savings Bank and Stephen M. Calk*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jason E. Rappaport, an individual, | Case No. 2:18-cv-01404-DWL |
| Plaintiff, | |
| vs. | **JOINT STATUS REPORT ON ARBITRATION** |
| The Federal Savings Bank, a federally chartered savings and loan, and Stephen M. Calk, an individual, | |
| Defendants. | |

Pursuant to the Court's Order [Doc. No. 37] dated July 31, 2018, the parties by and through their respective undersigned counsel, hereby submit their *Joint Status Report on Arbitration*. The parties' arbitration is underway, and the parties are engaged in discovery. All pleadings previously filed in this case have been adopted by the parties in the Arbitration. Because JAMS, the parties' arbitrator, does not have subpoena power, the parties have discussed requesting this Court to lift the stay for the limited purpose of aiding the parties in discovery with respect to the arbitration. Such request may be formally made to the Court at a later date if the parties are in agreement on that issue. No arbitration hearing date has been set, but the parties have a status conference with the arbitrator on June 24, 2019 to discuss the status of the discovery, any potential dispositive

/ / /

/ / /

/ / /

motions, and the general procedure for further actions necessary to move the arbitration forward.

DATED this 13th day of May, 2019.

GORDON REES SCULLY MANSUKHANI, LLP


By: /s/ Kami M. Hoskins
Kami M. Hoskins
Kira N. Barrett
*Attorneys for Defendants The Federal Savings Bank and Stephen M. Calk*


JABURG & WILK, P.C.


By: /s/ Laura Rogal (with permission)
Kraig J. Marton
Laura Rogal
*Attorneys for Plaintiff Jason Rappaport*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of May, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kraig J. Marton, Esq.
Laura A. Rogal, Esq.
JABURG & WILK PC
3200 N Central Ave., Ste. 2000
Phoenix, AZ 85012
kjm@jaburgwilk.com
lar@jaburgwilk.com
*Attorneys for Plaintiff*


/s/ Kimberley Davison